**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | |
|---|---|
| **CLIFTON J. ROBINSON** | **PLAINTIFF** |
| **V.** | **NO. 4:09CV108-P-D** |
| **C. COX, et al.** | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 30th day of November, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE