# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**CLIFTON J. ROBINSON**                                                               **PLAINTIFF**

**V.**                                            **No. 4:09CV108-P-D**

**C. COX, et. al**                                                          **DEFENDANTS**

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff, an inmate proceeding *pro se*, filed his complaint on October 19, 2009. The complaint was dismissed on November 30, 3009, for failure to state a claim upon which relief may be granted. Plaintiff has now filed a motion asking that the court reconsider the dismissal. Even if all Plaintiff's arguments are true, for reasons stated in the memorandum opinion dismissing his complaint, the court cannot grant him the relief he seeks through a § 1983 civil complaint.

As before, after reviewing the original pleadings and the applicable law, the court concludes the previous opinion and order dismissing the complaint, was correct in law and fact. Plaintiff has failed to produce a factual or legal basis to alter the court's ruling. Therefore, the motion for reconsideration (docket entry 6) is **DENIED**.

**SO ORDERED,** this the 28th day of December, 2009.

                                                     /s/ W. Allen Pepper, Jr.
                                                     W. ALLEN PEPPER, JR.
                                                     UNITED STATES DISTRICT JUDGE